615 A.2d 338

**Benjamin A. HERR, Administrator of the Estate of Eric B. Herr, and Benjamin A. Herr and Cornelia R. Herr, in their own right, Appellants at No. 150,**

v.

**Paul BOOTEN, John Raymer, Robb Aspril, Jr. and Alex Orolin, Appellants at No. 149.**

Supreme Court of Pennsylvania.

Argued Oct. 20, 1992.

Decided Nov. 16, 1992.

J. Michael Flanagan, Lancaster, for Paul Booten.

Robert M. Frankhouser, Jr., Lancaster, for John Raymer.

Wiley P. Parker, Lebanon, for Robb Aspril, Jr.

212

Christine M. Brenner, Charles W. Craven, Philadelphia, for Alex Orolin.

Thomas W. Hall, Lancaster, for Benjamin A. Herr et al.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeals dismissed as having been improvidently granted.

LARSEN, J., did not participate in the consideration or decision of this case.